1
2
3
4
5
6                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
7                                          AT SEATTLE
8
9   MICHAEL E. LONG,                                    Case No. C23-209RSL
10                 Plaintiff,
                                                         MINUTE ORDER
11          v.
12  AMAZON.COM SERVICES LLC,
13                 Defendants.
14

15      The following Minute Order is made and entered on the docket at the direction of the
16  HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

17      On May 5, 2023 the Court entered an Order Regarding Initial Disclosures, Joint Status
18  Report and Early Settlement (Dkt. # 12). Pursuant to this Order, the parties were instructed to
19  conduct their Federal Rule of Civil Procedure 26(f) conference by May 19, 2023. Dkt. # 12 at 1.
20  Plaintiff's counsel (or plaintiff, if pro se) is responsible for starting the communications needed
21  to comply with the Court's Order. *Id.* at 4.

22      The Order also directed the parties to confer and provide the Court with a combined Joint
23  Status Report and Discovery Plan (the "Report") by June 2, 2023. This Report should include,
24  among other things, "[t]he subjects, timing, and potential phasing of discovery." *Id.* at 3. Once
25  the parties have provided the Report, the Court will issue a Case Management Order setting,
26  among other things, deadlines for discovery in this case.

27      The parties have yet to file their Report or otherwise provide the Court with confirmation
28  that they have completed their Rule 26(f) conference. Significantly, discovery may not

MINUTE ORDER - 1

1 | commence until the parties have conferred as required by Rule 26(f) unless early discovery is
2 | "authorized by [the Federal Rules], by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1).
3 | Plaintiff's request for subpoena (Dkt. # 13) is therefore premature.

      DATED this 17th day of May, 2023.

                /s/ Victoria Ericksen
              Victoria Ericksen, Clerk to
              the Honorable Robert S. Lasnik, District Judge

MINUTE ORDER - 2